EXHIBIT B

| Registration Number | Infringing Link | Title |
|---|---|---|
| PA0001922464 | http://motherless.com/90751CE | At The Movies |
| PA0001917321 | http://thumbs.motherlessmedia.com/thumbs/C682762-strip.jpg | Cybersex |
| PA0001917321 | http://motherless.com/C682762 | Cybersex |
| PA0001931428 | http://motherless.com/910BBE7 | Dare |
| PA0001931428 | http://motherless.com/5CABD6B | Dare |
| PA0001923131 | http://motherless.com/4EB5A3C | Draw Me |
| PA0001922493 | http://motherless.com/444056D | I Want You |
| PA0001922499 | http://motherless.com/93FED50 | Make Me Happy |
| PA0001922499 | http://motherless.com/9ECC5B8 | Make Me Happy |
| VA0001298175 | http://motherless.com/003ABF4 | Met-art Alastonia vol 6 |
| PA0001923133 | http://motherless.com/AA51009 | Our Time |
| VA0001930090 | http://motherless.com/44A33A4 | Presenting Candice |
| VA0001932011 | http://motherless.com/term/Presenting%20Zlatka | Presenting Zlatka |
| VA0001932011 | http://motherless.com/1DB201B | Presenting Zlatka |
| VA0001932011 | http://motherless.com/E547EC8 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/E440425 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/E146E59 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/D75607D | Presenting Zlatka |
| VA0001932011 | http://motherless.com/C85F47E | Presenting Zlatka |
| VA0001932011 | http://motherless.com/86DA233 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/877CD36 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/999ACB2 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/BCFE5E4 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/6E4539C | Presenting Zlatka |
| VA0001932011 | http://motherless.com/5FBC9B3 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/368A5AF | Presenting Zlatka |
| VA0001932011 | http://motherless.com/1DB201B | Presenting Zlatka |
| VA0001932011 | http://motherless.com/BCFE5E4 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/999ACB2 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/8922207 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/877CD36 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/86DA233 | Presenting Zlatka |

# EXHIBIT B

| | | |
|---|---|---|
| VA0001932011 | http://motherless.com/6E4539C | Presenting Zlatka |
| VA0001932011 | http://motherless.com/5FBC9B3 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/6AE3852 | Presenting Zlatka |
| VA0001932011 | http://motherless.com/368A5AF | Presenting Zlatka |
| | http://motherless.com/term/metart | Search MetArt |
| PA0001917316 PA0001916917 PA0001931431 PA0001923131 PA0001922464 PA0001917321 PA0001922541 | http://motherless.com/term/sexart | Search SexArt |
| PA0001917311 | http://motherless.com/44FA592 | Secret Love |
| PA0001917311 | http://thumbs.motherlessmedia.com/thumbs/CBCCD6F-strip.jpg | Secret Love B |
| PA0001922536 | http://motherless.com/7181B18 | Spanish Lesson |
| PA0001931432 | http://motherless.com/12D9A18 | Stay Sweet |
| VA0001935356 | http://motherless.com/9BD1D1C | Summer Play |
| PA0001922541 | http://motherless.com/9D4369E | Sunny Morning |
| PA0001931437 | http://motherless.com/215BA91 | Tantra Chair |
| PA0001922543 | http://motherless.com/8FC1EE0 | Tantra Imaginations |
| PA0001931427 | http://motherless.com/5B802D1 | The Cove |
| PA0001931427 | http://motherless.com/4D26138 | The Cove |
| PA0001916915 | http://motherless.com/4D43841 | The Writer |
| PA0001922444 | http://motherless.com/4507088 | Under the Elle Tree |
| PA0001916917 | http://motherless.com/839CFE7 | Undercover Dangerous II |
| PA0001916917 | http://motherless.com/10A6ED8 | Undercover Dangerous II |
| PA0001931431 | http://motherless.com/CACB652 | White Room |
| PA0001931431 | http://motherless.com/241CD2B | White Room |