# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED <br><br> PLAINTIFF(S) <br><br> v. <br><br> MOTHERLESS, INC. , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:15−cv−03834−TJH−AS <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 5/21/2015 | 3. 4 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The name and address of the attorney for plaintiff(s) must be entered in the appropriate field.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

                                                          Clerk, U.S. District Court

Date: May 21, 2015                              By: /s/ *Jenny Lam*
                                                                          Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**