ALEXANDER VOLCHEGURSKY (SBN 209172)
LAW OFFICES OF ALEXANDER VOLCHEGURSKY
235 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone No.: (415) 986-4000
Facsimile No.: (415) 986-4001

SPENCER D. FREEMAN (*Pro Hac Vice*)
FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile:  (253) 383-4501
Email: sfreeman@freemanlawfirm.org

UNITED STATES DISTRICT COURT
IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation, d/b/a METART<br>Plaintiff,<br>vs.<br>MOTHERLESS, INC., a New York corporation; JOSHUA LANGE, an individual; and DOES 1-20,<br><br>Defendants. | **Case No.:  2:15-cv-03834-TJH**<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY<br><br>[56] |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY

The Court, having read all papers filed in connection with the Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery, having considered the issues raised therein, and being otherwise fully advised, it is hereby

ORDERED that the Motion is **GRANTED** as follows:

1  Plaintiff Hydentra HLP Int. Limited is given leave to conduct jurisdictional
2  discovery as follows:
3  (1) Plaintiff may take the deposition of Defendant Joshua Lange;
4  (2) Plaintiff may serve subpoenas on financial institutions utilized by Mr.
5  Lange and Motherless, Inc., and
6  (3) Plaintiff may serve subpoenas on vendors of Motherless.com.
7  Such jurisdictional discovery shall be completed by ___Dec. 30___, 20 _16_
8  _____, unless Plaintiff provides in writing why good cause exists for an extension
9  to this discovery window.

11  DATED this _18_ day of November, 2016.

14  Honorable Terry J. Hatter Jr.
   United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO CONDUCT JURISDICTIONAL DISCOVERY
2